ANTHONY SIVIGLIA, Respondent, *v.* JULIUS P. KRONOWITZ, Appellant.

Argued April 7, 1941; decided April 24, 1941.

*Julius P. Kronowitz,* appellant, in person.

*Irving I. Erdheim* and *Frank I. Tashker* for respondent.

Appeal dismissed, with costs, upon the ground that the order is not final.  No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.  Taking no part: LEHMAN, Ch. J.